**CLERK'S COURTROOM MINUTE SHEET - CRIMINAL**
**SENTENCING WORKSHEET**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**
v.                                          **CASE NO. 08-40043-02-JAR**

**LATISHA LYNN JONES,**
        **Defendant.**

**Location**: Topeka, Kansas

AUSA: Duston Slinkard
Deft. Atty: Dionne Scherff

| | | | |
|---|---|---|---|
| **JUDGE:** | Robinson | **DATE:** | 12/7/2009 |
| **DEPUTY CLERK:** | Crawford | **TAPE/REPORTER:** | Harris |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | Barton |

(X) For Details of Sentence See Judgment and Commitment Order

( ) Restitution Ordered under 18:3663

(X) **Total Restitution**  **$60.00**

Defendant Fined  None

(X) **Total Fine**  **$None**

(X) Defendant Assessed under 18:3013  $100.00

(X) **Total Assessment**  $100.00

Count 1 to be dismissed by the Court on the motion of the United States.
(X) Govt   (X) Deft --- Advised of Right to Appeal   ( ) Vol. Surrender
( ) Defendant Remanded to Custody   (X) Continued on Present Bond

     There were no objections to the Presentence Report. The defendant filed a Sentencing Memorandum. The defendant was sentenced to a term of 0 months of custody and 4 years of supervised release.