# CLERK'S COURTROOM MINUTE SHEET - CRIMINAL
## SENTENCING WORKSHEET

**UNITED STATES OF AMERICA,**
         **Plaintiff,**
v.                              **CASE NO. 08-40043-01-JAR**

**KALSIE RENEE SCHROEDER**
         **Defendant.**

**Location**: Topeka, Kansas

AUSA: Randy Hendershot
Deft. Atty: Kirk Redmond

| **JUDGE:** | Robinson | **DATE:** | 2/16/2010 |
|---|---|---|---|
| **DEPUTY CLERK:** | Crawford | **TAPE/REPORTER:** | Harris |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | Barton |

(X) For Details of Sentence See Judgment and Commitment Order
( ) Restitution Ordered under 18:3663

| (X) **Total Restitution** | **$60.00   See Judgment and Commitment Order** |
|---|---|

Defendant Fined                                                                                  None

(X) **Total Fine**                                                         **$None**

(X) Defendant Assessed under 18:3013              $100.00 on each of Counts 1 and 2

(X) **Total Assessment**                                      $200.00

No Counts or prior charging documents to be dismissed by the Court on the motion of the United States.

(X) Govt   (X) Deft --- Advised of Right to Appeal     ( ) Vol. Surrender
(X) Defendant Remanded to Custody                     ( ) Continued on Present Bond

      There were no objections to the presentence report. The parties jointly recommended to the Court a sentence of 36 months and admission into the RDAP Program. The defendant submitted a psychological exam report for the Court's review. The report was not offered or admitted as part of the record. The Government had no objections. The Court, after hearing oral statements of the parties, sentenced the defendant to 36 months of custody on Count 1 and 36 months of custody on Count 2, to run concurrently. Further, the defendant was sentenced to 3 years of supervised release on Count 1 and 5 years of supervised release on Count 2 to run concurrently. Upon the oral request of the defendant, the Court will recommend to the Bureau of Prisons the defendant's admission into the RDAP program. The Court granted the government's oral motion to destroy the evidence in this case.